Robert G. McMillen
TELQUIST ZIOBRO MCMILLEN, PLLC
1333 Columbia Park Trail, Suite 110
Richland, WA 99352
(509)737-8500/(509)737-9500 fax

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In Re:                                             Case No.: 10-01973-FLK12

KENDALL ROBERT MELDRUM, and
VICKIE JEAN MELDRUM d/b/a                          **FINDINGS OF FACT AND**
MELDRUM FARMS                                      **CONCLUSIONS OF LAW**

                                    Debtors.

THIS MATTER having come on before the above-entitled Court for confirmation, this 4th day of May, 2011, the Court having reviewed the debtor's Third-Amended Plan of Reorganization, and the Stipulated Modification thereto dated March 8, 2011, the Trustee's Confirmation Summary and having heard argument of counsel and otherwise considered the files and pleadings contained herein, the Court does hereby make the following:

FINDINGS OF FACT

1.      The Debtor's filed a Chapter 7 Bankruptcy Petition on April 1, 2010. Said Chapter 7 Petition was converted to a Chapter 12 proceeding on June 4, 2010.

2.      The Debtor's filed a Chapter 12 Plan on September 8, 2010. Objections were filed by Kelley Ag Services, the Chapter 12 Trustee and Advanced Labor.

3.      A First Amended Plan of Reorganization was filed November 8, 2010. Objections to the First Amended Plan of Reorganization were filed by Kelley Ag Services.

4.      A Second Plan of Reorganization was filed on November 29, 2010. Objections to the Second Plan of Reorganziation were made by Kelley Ag Services.

FINDINGS OF FACT AND
CONCLUSIONS OF LAW
1

TELQUIST ZIOBRO MCMILLEN, PLLC
1333 Columbia Park Trail, Suite 110
Richland, Washington 99352
PH: 509.737.8500
FAX: 509.737.9500

5.      The parties with objections to the second Plan of Reorganization mediated their disputes on February 8, 2011. The mediation resulted in a settlement as indicated by docket # 176. The settlement was approved by Order of this court dated February 14, 2011 and as indicated in docket #184.

6.      As a result of the mediated settlement agreement the debtors filed a Third Amended Plan of Reorganization on March 8, 2011. All creditors were given notice of Third-Amended Plan of Reorganization. Objections to that plan have been resolved as indicated by signatures of the objecting parties to this document and the Order Confirming the Plan.

7.      The Debtor's Plan of Reorganization calls for the continued farming operation of the orchard through July 2013, with proceeds of the farming operation and all disposable income being devoted to the repayment of creditors. Subject to the alternative indicated in the next paragraph, the property will be sold at an auction conducted by the Trustee in July of 2013.

8.      Alternatively, and in the event the Debtors can obtain financing or otherwise resolve the debt of Kelley Ag Services, the Debtors intend to do so and pay Kelley Ag Services in a manner consistent with the Mediated Settlement Agreement. Other creditors will be paid in a manner consistent with the mediated settlement agreement or pursuant to the Plan or any amendments thereto. The details of the alternative repayment program are identified in the Settlement Agreement as approved by this Court docket no. 184.

9.      The Debtor's operated in 2010 using a combination of approved cash collateral and operating financing as provided by CM Holtzinger and as indicated in the order dated July 7, 2010.

TELQUIST ZIOBRO MCMILLEN, PLLC
1333 Columbia Park Trail, Suite 110
Richland, Washington 99352
PH: 509.737.8500
FAX: 509.737.9500

10. The debtor's income for the Plans first budgetary year, which extends from January 1, 2011 through December 31, 2011 is projected to be $277,327.00. The Debtor's projected expenses for that same period is $248,110.00. Payments to creditors will be as indicated in Exhibit B (Plan Payments) to the Order Confirming Third Amended Plan.

11. The Debtor's income for the Plans second budgetary year, which extends from January 1, 2012 through December 31, 2012 is projected to be $275,717.00. The Debtor's projected expenses for that same period is $247,610.00. Payments to creditors will be as indicated in Exhibit B (Plan Payments) to the Order Confirming Third Amended Plan.

12. In the event the Debtor's cannot resolve their claim with Kelley Ag Services in a manner consistent with the Mediated Settlement Agreement, the Debtor's farm income for the crop year 2012 will be devoted to the repayment of creditors pursuant to the budget attached to the Order Confirming Third-Amended Plan of Reorganization as Exhibit C.

13. All fees, charges or amounts required to be paid under Chapter 12 of Title 28 U.S.C. or by the Plan, have been paid prior to confirmation.

From the foregoing Findings of Fact, the Court makes the following:

CONCLUSIONS OF LAW

1. The Debtor's Third-Amended Plan of Reorganization complies with provisions of Chapter 12 and other applicable provisions of Title 28 U.S.C. and Title 11 U.S.C. as well as all applicable Bankruptcy Rules and Local Bankruptcy Rules.

2. The holder of each secured claim has accepted the Third-Amended Plan of Reorganization and will receive full payment of its secured claim and shall retain its lien until such payment has been made.

TELQUIST ZIOBRO MCMILLEN, PLLC
1333 Columbia Park Trail, Suite 110
Richland, Washington 99352
PH: 509.737.8500
FAX: 509.737.9500

3. The Debtor's Plan of Reorganization has been proposed in good faith and not by any means forbidden by law.

4. The Debtors will be able to make all Plan payments and otherwise comply with the terms of the Third Amended Plan of Reorganization and the Order Confirming the Third Amended Plan of Reorganization.

5. The Chapter 12 Trustee shall receive compensation pursuant to 28 U.S.C. § 586 (e)(1)(B)(ii).

Presented by

TELQUIST ZIOBRO McMILLEN, PLLC

By: /s/ Robert G. McMillen
    **ROBERT G. MCMILLEN #29831**
    *Attorney for Ken & Vickie Meldrum*

/s/ Ford Elsaesser
FORD ELSAESSER,
Chapter 12 Trustee

/s/ Frank A. Wilson
FRANK A. WILSON, AUSA
Attorney for Farm Service Agency

/s/ Donald A. Boyd
DONALD A. BOYD,
Attorney for Kelley Ag Services

/s/ J. Kirk Bromiley
J. KIRK BROMILEY
Attorney for Holtzinger Fruit Co.

So Ordered this 4th Day of May, 2011

Fred L. Quint, Judge